UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ESTHER DE LOS SANTOS GALVEZ (A.K.A ITZAYANA DE LOS SANTOS), *individually and on behalf of others similarly situated,*

Civil Action No. 1:25-cv-01056-KPF

*Plaintiff,*

**JUDGMENT**

-against-

1679 THIRD AVENUE REST CORP. (D/B/A THE DISTRICT), And JOHN MACKEY,

*Defendants,*
-----------------------------------------------------------------X

**JUDGMENT**

On November 3, 2025, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, ESTHER DE LOS SANTOS GALVEZ (A.K.A ITZAYANA DE LOS SANTOS), have judgment against 1679 THIRD AVENUE REST CORP. (D/B/A THE DISTRICT) in the amount One Hundred Ten Thousand Dollars and Zero Cents ($110,000.00), which is inclusive of attorneys' fees and costs.

Dated: November 4, 2025

_____
HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.